OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS**
**OFFICIAL BUSINESS**
**PENALTY FOR**
**PRIVATE USE**

PRESORTED
FIRST CLASS

US POSTAGE ≫ PITNEY BOWES

ZIP 78701
02 1W
000 140 1623 MAY. 20. 2015
$ 000.26⁵

5/13/2015

GORDON, BOBBY DAN     Tr. Ct. No. W92-04535-Q (C)        WR-27,917-03

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

BOBBY DAN GORDON
BOBBY DAN GORDON

paroled

RETURN TO SENDER